IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA R. CANNON,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br><br>　　　　*Defendant.* | CIVIL ACTION<br>NO. 15-1530 |

# ORDER

**AND NOW**, this 13th day of April, 2016, upon consideration of Magistrate Judge Jacob P. Hart's Report and Recommendation (ECF No. 13), Plaintiff's Objections thereto (ECF No. 14), Defendant's Response (ECF No. 16) and Plaintiff's Reply (ECF No. 17), it is **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;

2. Magistrate Judge Hart's Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review is **DENIED**;

4. The decision of the Acting Commissioner of Social Security is **AFFIRMED**; and

5. The Clerk of Court shall **CLOSE** this case statistically.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J

1